

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00090-CV

| | | |
|---|---|---|
| KST CAPITAL, LLC, TOBIN PARKER, TOBIN M. PARKER JR., AND W. SCHREINER PARKER, Appellants | § | On Appeal from the 48th District Court |
| | § | |
| | | of Tarrant County (048-299865-18) |
| V. | § | |
| | | April 16, 2020 |
| AMERICAN BANK OF COMMERCE, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Dana Womack_____
      Justice Dana Womack